[No. 6577–1–II.   Division Two.   June 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS G. HARTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-

ston County, No. 82–1–00210–4, Gerry L. Alexander, J., entered August 19, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.